No. 76–6833.  HALL v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 76–6835.  BOLTON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–6836.  TRIMBLE v. TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 76–6839.  DOWNING v. DISTRICT ATTORNEY OF NORTH-AMPTON COUNTY.  Super. Ct. Pa.  Certiorari denied.

No. 76–6840.  COLE v. WAINRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 76–6842.  LOTER v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.

No. 76–6844.  STONE v. SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES.  Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–6845.  CARTER v. UNITED STATES DEPARTMENT OF JUSTICE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 76–6846.  WHITE v. KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 76–6848.  GRAY v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–6849.  SUTTON v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 76–6851.  MILLER v. MISSISSIPPI.  Sup. Ct. Miss. Certiorari denied.

No. 76–6855.  SIMS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.